**Juan Roberto ALBINO, Plaintiff–Appellant,**

v.

**Lee BACA, Los Angeles County Sheriff; Los Angeles County, Defendants–Appellees.**

No. 10–55702.

United States Court of Appeals, Ninth Circuit.

March 12, 2013.

Juan Roberto Albino, Corcoran, CA, pro se.

Andrea Renee St. Julian, Esquire, San Diego, CA, for Plaintiff–Appellant.

Catherine Mason Mathers, Collins Collins Muir & Stewart LLP, South Pasadena, CA, for Defendants–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and

Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.